FARLEY J. NEUMAN (SBN 100021)
fneuman@gnhllp.com
PATRICIA L. BONHEYO (SBN 194155)
pbonheyo@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Plaintiffs
PATRICK G. DEVLIN and
SHAWN L. DEVLIN

SONIA MARTIN (SBN 191148)
sonia.martin@dentons.com
ELIZABETH PAPAY (SBN 274451)
elizabeth.papay@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267 4198

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY and NATIONWIDE PRIVATE CLIENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PATRICK G. DEVLIN and SHAWN L. DEVLIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE PRIVATE CLIENT, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 19-cv-02994 MMC<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Dated: August 14, 2019                    GOODMAN NEUMAN HAMILTON LLP

                                                          By: /s/ *FARLEY J. NEUMAN*
                                                                 FARLEY J. NEUMAN

Attorneys for Plaintiffs
PATRICK G. DEVLIN and
SHAWN L. DEVLIN

Dated: August 14, 2019                    DENTONS US LLP

                                                          By: /s/ *SONIA MARTIN*
                                                                SONIA MARTIN

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY and NATIONWIDE
PRIVATE CLIENT

## **FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 14, 2019                    By /s/ *SONIA MARTIN*
                                                               SONIA MARTIN

**IT IS SO ORDERED**.

Dated: August 14, 2019                    _____
                                                            HON. MAXINE M. CHESNEY
                                                            United States District Judge